FILED

03/29/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0485

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0485

_____

KATHY WESTPHAL and DOUGLAS
WESTPHAL,

      Plaintiffs and Appellants,

   v.

TODD KISSINGER, DEBORAH KISSINGER,
MICHAEL KISSINGER and MELISSA
KISSINGER,

      Defendants and Appellees,

   and

Linda Romano,

      Intervenor and Appellee.

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert B. Allison, District Judge.

               For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 29 2023